IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | CIVIL ACTION NO. 12-096-CG-N |
| ) LAMAR ALLEN HARRISON, et al., ) ) | |
| Defendants. ) | |

## DECLARATORY JUDGMENT

In accordance with the court's order entered this date, granting plaintiff's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of plaintiff, **Auto-Owners Insurance Company**, and against **Lamar Allen Harrison, Lamar Harrison d/b/a/ Gulf Dairy Farm, Gulf Farms, LLC, Gulf Hauling & Construction, Inc., Laird Cole, Henry Lee Cole, Foundation Farms, LLC, Crowley Cattle Company, Inc., Jeff Browne, Billy Frye, Jeff Frye, Tracy Frye, and Delores Frye,** and it is hereby **DECLARED** as follows:

> 1) That Plaintiff Auto-Owners Insurance Company does not owe insurance coverage, a defense or indemnity to Defendant Lamar Allen Harrison, individually or doing business as Gulf Dairy Farm; Gulf Farms, LLC; and/or Gulf Hauling & Construction, Inc., under any coverage in any insurance policy issued by Auto-Owners Insurance Company to Lamar Harrison d/b/a Gulf Dairy Farm or to Gulf Hauling & Construction, Inc. for any of the claims or damages asserted or claimed in the cases styled *Laird Cole, Henry Lee Cole, and Foundation Farms, LLC v. Lamar Allen Harrison, Gulf Farms, LLC, Gulf Hauling & Construction, Inc.*, CV-2009-000214 in the Circuit Court of Dallas County, Alabama, and *Crowley Cattle Company, Inc., Jeff Browne and Billy Frye v. Laird Cole, Foundation Farms, LLC and Henry Lee Cole*, Civil Action No.: 2010-000055 in the Circuit Court of Hale County, Alabama.

2) That Plaintiff Auto-Owners Insurance Company does not have a duty to defend Defendant Lamar Allen Harrison, individually or doing business as Gulf Dairy Farm; Gulf Farms, LLC; and/or Gulf Hauling & Construction, Inc., and that Plaintiff Auto-Owners Insurance Company does not have a duty to indemnify or to pay any damages, judgment or settlement in the cases styled *Crowley Cattle Company, Inc., Jeff Browne and Billy Frye v. Laird Cole, Foundation Farms, LLC and Henry Lee Cole*, Civil Action No.: 2010-000055 in the Circuit Court of Hale County, Alabama, and *Laird Cole, Henry Lee Cole , and Foundation Farms, LLC v. Lamar Allen Harrison, Gulf Farms, LLC, Gulf Hauling & Construction, Inc.*, CV-2009-000214 in the Circuit Court of Dallas County, Alabama.

**DONE and ORDERED** this 21st day of March, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE